NUMBER
13-10-00003-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

DORELIA GARCIA AND
ELISA GARCIA,                               Appellants,

 

                                                             v.

 

EFRAIN ALONZO RUIZ,                                                                Appellee.

____________________________________________________________

 

                     On
appeal from the County Court at Law No. 2

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

Before Justices Yañez, Rodriguez,
and Garza

Memorandum Opinion Per Curiam

 








Appellants,
Dorelia Garcia and Elisa Garcia, perfected an appeal from a judgment entered by
the County Court at Law No. 2 of Hidalgo County, Texas, in cause number CL-06-0579-B. 
Appellants have filed an unopposed motion to dismiss the appeal on grounds that
the parties have reached an agreement to settle and compromise their
differences.  Appellants request that this Court dismiss the appeal.

The
Court, having considered the documents on file and appellants’ unopposed motion
to dismiss the appeal, is of the opinion that the motion should be granted.  See
Tex. R. App. P. 42.1(a). 
Appellants’ motion to dismiss is granted, and the appeal is hereby DISMISSED. 
In accordance with the agreement of the parties, costs are taxed against the
party incurring same. See Tex. R.
App. P. 42.1(d) ("Absent agreement of the parties, the court will
tax costs against the appellant.").  Having dismissed the appeal at
appellants’ request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.

PER CURIAM

Delivered and filed 22nd 

day of April, 2010.